FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT -6  A 8:13

CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA      :

VS                            :      CR205-18-01

MITCHELL LINCE YAWN           :

O R D E R

The above-styled proceeding, having been appealed to the Eleventh Circuit, U.S. Court of Appeals,

IT IS HEREBY ORDERED that the sealed record in this proceeding be transmitted to the Clerk, Eleventh Circuit, U.S. Court of Appeals.

SO ORDERED, this 5th day of October, 2005.

_____
Judge, U.S. District Court
Southern District Of Georgia